USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
LAURITZEN BULKERS A/S,                          :
                                                :
                          Plaintiff,            :        13 Civ. 3982 (WHP)
                                                :
          -against-                             :        ORDER
                                                :
JIT INTERNATIONAL CORP. LTD. *et ano.*          :
                                                :
                          Defendants.           :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

          Garnishee bank HSBC USA and Defendant JIT International move to vacate this

Court's June 12, 2013 Maritime Attachment Order.

          "[I]f, at any point, a plaintiff in a maritime attachment case ceases to be able to

satisfy the requirements of Rule B, a district court may—and indeed should—revisit and vacate

any orders of attachment." Sinoying Logistics PTE Ltd. v. Yi Da Xin Trading Corp., 619 F.3d

207, 212 (2d Cir. 2010). Plaintiff is under a continuing burden to demonstrate that Defendant's

property can be found within the district. See Shipping Corp. of India Ltd. v. Jaldhi Overseas

Pte Ltd., 585 F.3d 58, 69 (2d Cir. 2009).

          Plaintiff argues that it should be permitted to attach assets from The Hong Kong

and Shanghai Banking Corporation Limited's correspondent account with HSBC USA because

that account is held for the benefit of JIT, International. But that argument sweeps too broadly

and is not supported by the record. By Plaintiff's logic, certain accounts can be attached simply

because a domestic bank has a relationship with a foreign bank that holds an account for a

Defendant. The Second Circuit forbids this kind of overreaching because, among other

-1-

concerns, it would threaten "New York's standing as an international financial center." See

Jaldhi, 585 F.3d at 71.

Regardless, HSBC USA has declared that it holds no accounts in JIT's beneficial

interest and JIT has declared that it has no property in the district. Plaintiff's speculation to the

contrary does not satisfy the requirements of Rule B. Accordingly, this Court vacates its June

12, 2013 Maritime Attachment Order.

Dated: August 9, 2013
     New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record*:

James H. Power
Holland & Knight LLP
31 West 52nd Street
New York, NY 10019
*Counsel for Plaintiff*

Armand M. Pare , Jr
Nourse & Bowles, LLP
One Exchange Plaza
New York, NY 10006
*Counsel for Defendant*

Alexander John Willscher
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004
*Counsel for Garnishee HSBC Bank USA, N.A.*