

Our ref:

**Confidential**
JIT INTERNATIONAL CORPORATION LIMITED
22 BLDG HAI YI VILLA
97 SONG LIN RD PU DONG NEW AREA
SHANGHAI CHINA 200120
Attn: MR XU DAPENG

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/13

24Jun2013

Dear Sirs

We enclose a copy of a Writ of Attachment and Garnishment, naming your Company as one of the defendants. We trust you would seek independent legal advice to protect your interest in the matter. As a result of these US proceedings, your account with us is now frozen.

We hope the above has clarified your concern and that the matter could be resolved soon.

Yours faithfully

Elsie Lau
Vice President

Encl.

The Hongkong and Shanghai Banking Corporation Limited
GPO Box 64, Hong Kong
Swift: HSBCHKHH
Telegrams: Hongbank Hongkong
Website: www.hsbc.com.hk